IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DWAYNE JAHQUAN MEANS,         )
                              )
        Petitioner,           )
                              )     1:20-cv-56
     v.                       )     1:18-cr-115-1
                              )
UNITED STATES OF AMERICA,     )
                              )
        Respondent.           )
```

### ORDER

On March 7, 2023, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 46, 47.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 46), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. 29) is **DENIED,** and that this action is hereby, **DIMISSED.** The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment dismissing this action will be filed contemporaneously with this Order.

This the 31st day of March, 2023.

_____
United States District Judge